

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00874-CV

Juan Alberto **CASTILLO** and Ana L. Perez,
Appellants

v.

**COMPASS BANK**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2014-CVD-000024-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Appellant has filed an extension of time to make payment arrangements for the reporter's record. The motion is **DENIED**. We have sent a notice to the court reporter pursuant to Rule 37.3 of the Texas Rules of Appellate Procedure. The court reporter has not responded. Any reason for delay in the filing of the reporter's record should be sent by the reporter to this court in accordance with our prior notice. If the reporter does not respond to our notice, i.e., ask for an extension of time or advise that no payment arrangements have been made, the reporter's record will be due per our notice on January 16, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court